Filed April 12, 1916.

Writ of Error to Circuit Court, Monroe County; H. Pierre Branning, Judge.

Judgment affirmed.

*E. M. Semple,* for Plaintiff in Error;

*W. H. Malone,* for Defendants in Error.

---

The Security Company, a Corporation, Plaintiff in Error, v. Walter C. Warrington, Defendant in Error.

Filed April 12, 1916.

Writ of Error to Circuit Court, Duval County; George Couper Gibbs, Judge.

Judgment affirmed.

*Bisbee & Bedell,* for Plaintiff in Error;

*Cockrell & Cockrell* and *Carl Noble,* for Defendant in Error.

---

W. R. Carlton and Alice E. Carlton, his wife, and D. D. Malone and Ida L. Malone, his wife, Appellants, v. D. G. Malloy and J. H. Malloy, partners, trading and doing business as Malloy Brothers, Appellees.

Filed April 18, 1916.

44

Appeal from Circuit Court, Taylor County; M. F. Horne, Judge.

Decree affirmed.

*W. T. Hendry,* for Appellants;

*Davis & Diamond,* for Appellees.

---

Manatee County, Florida; George W. Blackburn, Chairman; M. G. Rushton, R. F. Willis, H. F. Tabor and J. T. Kersey, Members of the Board of County Commissioners of Manatee County, Florida, Plaintiffs in Error, v. H. V. Whitaker and Theodore W. Redd, Defendants in Error.

Filed April 25, 1916.

Writ of Error to Circuit Court, Manatee County; F. A. Whitney, Judge.

Judgment affirmed.

*Charles T. Curry,* for Plaintiffs in Error;

*O. T. Stanford* and *J. F. Burket,* for Defendants in Error.

---

William Prince Moore, Mary Ella Moore, Julia Bentley Moore Tenny, and her husband Robert B. Tenny, Appellants, v. Frances Goode Moore and George B. Lamar, Appellees.